# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 07, 2024

Ms. Alixe L. Duplechain
Flanagan Partners, L.L.P.
201 Saint Charles Avenue
Suite 3300
New Orleans, LA 70170


Mr. Thomas More Flanagan
Flanagan Partners, L.L.P.
201 Saint Charles Avenue
Suite 3300
New Orleans, LA 70170


Mr. Grant P. Gardiner
Law Office of Bruce C. Betzer
3129 Bore Street
Metairie, LA 70001


Mr. William P. Gibbens
Schonekas, Evans, McGoey & McEachin, L.L.C.
909 Poydras Street
Suite 1600
New Orleans, LA 70112


Ms. Kansas Marie Guidry-Leingang
Flanagan Partners, L.L.P.
201 Saint Charles Avenue
Suite 3300
New Orleans, LA 70170


Mr. Anders F. Holmgren
Flanagan Partners, L.L.P.
201 Saint Charles Avenue
Suite 3300
New Orleans, LA 70170


Mr. R. William Huye III
2106 Key West Cove
Austin, TX 78746

Mr. John Garrison Jordan
Macaluso & Jordan
111 N. Oak Street
Hammond, LA 70401-0000

Ms. Melissa M. Lessell
Deutsch Kerrigan, L.L.P.
755 Magazine Street
New Orleans, LA 70130

Mr. James McClenny
Charger Law
380 Ridge Lake Scenic Drive
Montgomery, TX 77316

Ms. Andrea L. Miller
Schonekas, Evans, McGoey & McEachin, L.L.C.
909 Poydras Street
Suite 1600
New Orleans, LA 70112

Mr. John Moseley
McClenny Mosely & Associates, P.L.L.C.
1415 Louisiana Street
Suite 2900
Houston, TX 77002

Ms. Gwyneth A. O'Neill
Schonekas, Evans, McGoey & McEachin, L.L.C.
909 Poydras Street
Suite 1600
New Orleans, LA 70112

Mr. Claude Fauvot Reynaud III
Breazeale, Sachse & Wilson, L.L.P.
301 Main Street
1 American Place
23rd Floor
Baton Rouge, LA 70801

Mr. William Michael Ross
Galante & Ross, L.L.C.
816 Cadiz Street
New Orleans, LA 70115

Ms. Elsbet Carroll Smith
Chehardy Sherman Williams, L.L.P.
111 N. Oak Street
Suite 200
Hammond, LA 70401

Mr. Cameron Snowden
2933 Myrtle Avenue
Suite 2900
Baton Rouge, LA 70806

Mr. Kevin Richard Tully
Christovich & Kearney, L.L.P.
601 Poydras Street
Pan American Life Center
Suite 2300
New Orleans, LA 70130

    No. 23-30670   In re: McClenny Moseley
                          USDC No. 3:23-MC-62
                          USDC No. 3:23-MC-62

Dear Counsel,

The Court has consolidated case Nos. 23-30670 and 23-30692.

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Case No. 23-30670

McClenny Moseley & Associates, P.L.L.C.; J. Zachary Moseley,

    Appellants

consolidated with

───────────

No. 23-30692

───────────

McClenny Moseley & Associates, P.L.L.C.; Cameron S. Snowden; James M. McClenny; Grant P. Gardiner; Claude F. Reynaud, III; J. Zachary Moseley,

    Respondents - Appellees

v.

Equal Access Justice Fund, L.P.; EAJF ESQ Fund, L.P.,

    Movants - Appellants